**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6817**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

WILLIE JAMES JONES, a/k/a Ricky Jones,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CR-93-285, CA-00-1253-17)

———————

Submitted:  October 26, 2000        Decided:  November 2, 2000

———————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Willie James Jones, Appellant Pro Se.  Dean Arthur Eichelberger,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie James Jones seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Jones</u>, Nos. CR-93-285; CA-00-1253-17 (D.S.C. May 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>